# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JULIO FABELA-NIEBLA,

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-81-M**

I, **JULIO FABELA-NIEBLA**, charged in a complaint pending in this District with

**ILLEGAL RE-ENTRY INTO THE UNITED STATES AFTER DEPORTATION**, in violation

of Title **8**, U.S.C., **1326(b)(2)**, and having appeared before this Court and been advised of my rights

as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary

hearing, do hereby waive (give up) my right to a preliminary hearing.

_Julio Fabela Niebla_
*Defendant*

_Kevin Crawford_
*Counsel for Defendant*

*DATED: APRIL 25TH, 2008*